# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

140650

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MANUEL VICTOR GONZALES a/k/a
MANUEL VICTOR GONZALEZ,
      Defendant-Appellant.

SC: 140650
COA: 293876
Saginaw CC: 01-020393-FC

_____/

      On order of the Court, the application for leave to appeal the January 14, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s0719

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

Clerk